HOUSEHOLD CONSUMER DISCOUNT CO. v.
MARTHA M. SUNKISKIS.

October 14, 1975. Petition for certification denied.

MANNING ENGINEERING, INC. v.
HUDSON COUNTY PARK COMMISSION.

October 14, 1975. Petition for certification granted.

MANNING ENGINEERING, INC. v.
HUDSON COUNTY PARK COMMISSION.

October 14, 1975. Cross-petition for certification granted.

MIHRANIAN, INC. v. SAMUEL J. PADULA.

October 14, 1975. Petition for certification granted. (See 134 *N. J. Super.* 557)

MOTOR CLUB FIRE & CASUALTY CO. v.
FRANCES SCIBETTA.

October 14, 1975. Petition for certification granted. (See 135 *N. J. Super.* 362)